CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendant, Karin T. Meyer

Phyl Grace, Esq., SBN 171771
CENTER FOR DISABILITY ACCESS
P. O. Box 262490
San Diego, CA  92196-2490
Telephone:  858-375-7385
Facsimile:  888-422-5191

Attorneys for Plaintiff, Scott Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>         Plaintiff,<br><br>    v.<br><br>Karin T. Meyer; Robert Edward Lee; and Does 1-10,<br><br>         Defendants. | Case No. 2:14-cv-01319-GEB-DAD<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JULY 17, 2014 FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

Pursuant to Local Rule 144, Plaintiff, Scott Johnson, and Defendant, Karin T. Meyer, by and through their respective counsel stipulate as follows:

1.   The Defendant has not previously requested an extension of time to respond to the Complaint;

2. The parties stipulate that Defendant has requested an extension until July 17, 2014 to respond or otherwise plead;

3. The parties stipulate to Defendant's request for an extension until July 17, 2014 to respond or otherwise plead;

4. Defendant's response will be due no later than July 17, 2014;

5. All other dates previously set by the Court will remain in effect.

IT IS SO STIPULATED effective as of June 18, 2014.

Dated:  June 18, 2014              /s/ Cris C. Vaughan
                                   CRIS C. VAUGHAN
                                   Attorney for Defendant,
                                   Ronald C. Kraushar

Dated:  June 18, 2014              /s/ Phyl Grace
                                   PHYL GRACE
                                   Attorney for Plaintiff,
                                   Scott Johnson

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated:  June 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge