1  CRIS C. VAUGHAN, SBN 99568
2  VAUGHAN & ASSOCIATES
3  6207 South Walnut Street, Suite 800
   Loomis, CA  95650
4  Telephone: 916-660-9401
   Facsimile: 916-660-9378
5
6  Attorneys for Defendant, Karin T. Meyer

7  Phyl Grace, Esq., SBN 171771
   CENTER FOR DISABILITY ACCESS
8  P. O. Box 262490
9  San Diego, CA  92196-2490
   Telephone:  858-375-7385
10 Facsimile:  888-422-5191

11 Attorneys for Plaintiff, Scott Johnson

12
               **UNITED STATES DISTRICT COURT**
13
               **EASTERN DISTRICT OF CALIFORNIA**
14

15 Scott Johnson,                          Case No. 2:14-cv-01319-GEB-DAD

16         Plaintiff,                      STIPULATION RE: EXTENSION OF TIME
                                           UNTIL JULY 17, 2014 FOR DEFENDANT
17     v.                                  TO RESPOND TO COMPLAINT AND
                                           [PROPOSED] ORDER
18 Karin T. Meyer; Robert Edward Lee; and
   Does 1-10,
19
           Defendants.
20

21

22      Pursuant to Local Rule 144, Plaintiff, Scott Johnson, and Defendant, Karin T.
23 Meyer, by and through their respective counsel stipulate as follows:
24      1.    The Defendant has not previously requested an extension of time to
25 respond to the Complaint;

2. The parties stipulate that Defendant has requested an extension until July 17, 2014 to respond or otherwise plead;

3. The parties stipulate to Defendant's request for an extension until July 17, 2014 to respond or otherwise plead;

4. Defendant's response will be due no later than July 17, 2014;

5. All other dates previously set by the Court will remain in effect.

IT IS SO STIPULATED effective as of June 18, 2014.

Dated: June 18, 2014        /s/ Cris C. Vaughan
CRIS C. VAUGHAN
Attorney for Defendant,
Ronald C. Kraushar

Dated: June 18, 2014        /s/ Phyl Grace
PHYL GRACE
Attorney for Plaintiff,
Scott Johnson

**ORDER**

**IT IS SO ORDERED.**

**Dated: June 24, 2014**

GARLAND E. BURRELL, JR.
Senior United States District Judge